USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/26/21__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**                  :
                                               :
                              **Plaintiff,**   :
                                               :         **21-CR-49 (ALC)**
                 **-against-**                 :
                                               :         **ORDER**
**TERRENCE CHALK,**                            :
                                               :
                              **Defendant.**   :
                                               :
-------------------------------------------------------------------- :
                                                                     x

**ANDREW L. CARTER, JR., District Judge:**

      A Telephone Status Conference is set for **January 27, 2021** at **11:00 a.m.**  The parties

should contact the Court at 1-888-363-4749 on the date and time specified above and once

prompted, should dial access code 3768660.

**SO ORDERED.**


**Dated:**      **New York, New York**
          **January 26, 2021**



_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**