MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/7/21__

# PETER R. WILLIS, ESQUIRE, LLP

26 Journal Square Plz, Ste. 1201 | Jersey City, New Jersey 07306
Telephone 201-659-2090 | Facsimile 201-659-1964

Peter R. Willis, NJ Bar                                                                 Kevin G. Callahan
                                                                                        Of Counsel

March 22, 2021

**VIA ECF ONLY**

Honorable Andrew L. Carter.
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

      RE: **United States of America v. Terrence Chalk**
            **21 Crim. 049**

Dear Judge Carter:

I am writing to Your Honor with respect to my March 3rd letter. In said letter my office requested a six (6) week extension of the discovery review end date due to the quantity of discovery provided by the Government. Please let me know if Your Honor will agree to my extension request.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Peter R. Willis

PETER R. WILLIS

MAN/prw

Cc: Martin Bell, A.U.S.A. (by ECF)
     Robert Boone, A.U.S.A. (by ECF)

The application is **GRANTED**. Joint status report due 5/19/21. Time excluded from 4/7/21 to 5/19/21. So Ordered.

*[Signature: Andrew L. Carter]* 4/7/21