MEMO ENDORSED



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 20, 2021

**BY ECF**

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/23/21

Re: *United States v. Terrence Chalk*, 21 Cr. 49 (ALC)

Dear Judge Carter:

Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

Thank you very much for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Robert L. Boone
Assistant United States Attorney
(212) 637-2208

cc: Defense counsel (Via ECF)

SO ORDERED:

_____  8/23/21
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE