Willis & Novel, LLC
26 Journal Square Plaza, Suite 1201
Jersey City, New Jersey 07306
T: 201-253-6330
F: 201-659-1964
Peter.willis@willisandnovel.com
Attorneys for the Defendant, Terrence Chalk
a/k/a "Terrence Cash" a/k/a/ "Dr. Cash"

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **UNITED STATES DISTRICT COURT** |
| | : | **SOUTHERN DISTRICT OF NEW YORK** |
| *Plaintiff*, | : | |
| | : | Case No. 1-2021-cr-00049-ALC |
| v. | : | Magistrate No. 1-2020-11830 |
| | : | |
| **TERRENCE CHALK,** | : | |
| a/k/a "Terrence Cash", | : | **NOTICE OF MOTION** |
| a/k/a "Dr. Cash", | : | **TO BE RELIEVED AS COUNSEL** |
| | : | |
| *Defendant*. | : | |
| | : | |

**PLEASE TAKE NOTICE** that the undersigned attorneys hereby move to be relieved as counsel for the Defendant, Terrence Chalk, a/k/a/ "Terrence Cash, a/k/a "Dr. Cash, in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys rely on the attached Attorney Certifications and proposed Order in support of this matter. Oral arguments are hereby requested if opposed.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Peter Willis | /s/ Maximillian Novel |
| **PETER R. WILLIS, ESQ.** | **MAXIMILLIAN A. NOVEL, ESQ.** |
| Lead Counsel for Defendant | Co-Counsel for Defendant |

cc: Daniel Loss, *via ECF only*