```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/22/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                Plaintiff,

   -against-

TERRENCE CHALK,

                Defendant.

------------------------------------------------------------------ x

21-CR-49 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Status Conference is set for **April 4, 2023** at **3:00 p.m.**

**SO ORDERED.**

**Dated:**     **New York, New York**
               **March 22, 2023**

                                          _/s/ Andrew L. Carter, Jr._
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**