**MEMO ENDORSED**

# NOVEL LAW, LLC

26 Journal Square Plaza, Suite 1201

Jersey City, New Jersey 07306

T: 201-268-4903 · F: 201-659-1964

| Maximillian A. Novel, Esq. | www.novellawllc.com | Peter R. Willis, Esq., Of Counsel |

**VIA ECF/EMAIL**

March 30, 2023

Honorable Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  3/31/23
```

### RE: UNITED STATES OF AMERICA V. TERRENCE CHALK
### Case No. 1:21-cr-00049-ALC

Your Honor:

As you are aware, this matter is scheduled for a hearing on April 4, 2023 at 3:00 p.m. to determine the status of Mr. Chalk's representation. My office has informed the Government that Mr. Willis is unavailable due to an ongoing homicide trial in Hudson County Superior Court before the Honorable Carlo Abad, J.S.C. Therefore, I will be appearing on behalf of our office. I have also communicated to the Government that I am scheduled to take my wife to the doctor in New Jersey at 3:45 that day. My wife is in her third trimester of a high-risk pregnancy and needs me to attend her appointment after being recently diagnosed with gestational diabetes. I am asking to be permitted to appear either via Zoom or telephone in light of my time constraints and personal obligations. I apologize for any inconvenience to the Court and thank Your Honor for accommodating me.

Mr. Chalk has also requested to appear remotely due to his residing in Florida. I defer to the Court and the Government with respect to his request.

Thank you for your attention to this letter.

Respectfully submitted,

/s/ Max Novel

**MAXIMILLIAN A. NOVEL**

MAN
cc: Adam Hobson, A.U.S.A., *via ecf and electronic mail*

The entire application is **GRANTED**.
So Ordered

*/s/ Andrew L. Carter* 3/31/23