```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-4-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

       Plaintiff,

  -against-            21-CR-49 (ALC)

TERRENCE CHALK,         ORDER

       Defendant.

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A video Status Conference is set for **April 4, 2023** at **3:00 p.m.**

Members of the public and the press may attend the status conference by dialing the Audio-only line, 1-646-453-4442, once prompted, should dial phone conference ID: 74065774#.

**SO ORDERED.**

Dated:  New York, New York
     April 4, 2023

                  /s/ Andrew L. Carter, Jr.
                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**