```
UNITED STATES DISTRICT COURT                         USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                        DOCUMENT
                                                     ELECTRONICALLY FILED
------------------------------------------------- x  DOC#: _____
UNITED STATES OF AMERICA,                         :  DATE FILED: 4-13-23
                                                  :
                              Plaintiff,          :
                                                  :  21-CR-49 (ALC)
              -against-                           :
                                                  :  ORDER
TERRENCE CHALK,                                   :
                                                  :
                              Defendant.          :
                                                  :
                                                  :
------------------------------------------------- x
```

**ANDREW L. CARTER, JR., District Judge:**

A video Status Conference is set for **April 20, 2023** at **10:00 a.m.** Members of the public and the press may attend the status conference by dialing the Audio-only line, 1-646-453-4442, once prompted, should dial phone conference ID: 879230646#.

**SO ORDERED.**

Dated:     New York, New York
           April 13, 2023

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**