USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-25-23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x

UNITED STATES OF AMERICA,                  :
                                           :
                              Plaintiff,   :
                                           :        **21-CR-49 (ALC)**
              -against-                     :
                                           :        **ORDER**
TERRENCE CHALK,                            :
                                           :
                              Defendant.   :
                                           :
                                           :
--------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A video Status Conference is set for **May 30, 2023** at **11:00 a.m.**

Members of the public and the press may attend the status conference by dialing

the Audio-only line, 1-646-453-4442, once prompted, should dial phone

conference ID: 58734879#.

**SO ORDERED.**

Dated:        New York, New York
              April 25, 2023

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**