```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-23-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                          Plaintiff,

    -against-

TERRENCE CHALK,

                          Defendant.

---------------------------------------------------------------- x

**21-CR-49 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The video Status Conference set for May 30, 2023 is adjourned to **June 5, 2023** at **3:00 p.m.** Members of the public and the press may attend the status conference by dialing the Audio-only line, 1-646-453-4442, once prompted, should dial phone conference ID: 58734879#.

**SO ORDERED.**

Dated:    New York, New York
             May 23, 2023

                                                      _____
                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**