USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-6-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                 Plaintiff,

      -against-                          21-CR-49 (ALC)

TERRENCE CHALK,                  ORDER

                 Defendant.
-----------------------------------------------------------------x

ANDREW L. CARTER, JR., District Judge:

A video Status Conference is set for **July 13, 2023** at **3:30 p.m.** Members of the public and the press may attend the status conference by dialing the Audio-only line, 1-646-453-4442, once prompted, should dial phone conference ID: 993086723#.

**SO ORDERED.**

Dated:    New York, New York
            June 5, 2023

                                        ANDREW L. CARTER, JR.
                                        United States District Judge