```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/12/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                            Plaintiff,

      -against-                           21-CR-49 (ALC)

TERRENCE CHALK,                          **ORDER**

                            Defendant.

------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

A video Status Conference is set for **October 13, 2023** at **3:30 p.m.**

Members of the public and the press may attend the status conference by dialing the Audio-only line, 1-646-453-4442, once prompted, should dial phone conference ID: 175424548#.

**SO ORDERED.**

Dated:     New York, New York
            October 11, 2023

                                                         _____
                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**