```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 10-12-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

   -against-

TERRENCE CHALK,

                Defendant.

-------------------------------------------------------------- x

21-CR-49 (ALC)

**AMENDED ORDER**

ANDREW L. CARTER, JR., District Judge:

A video Status Conference is set for **October 12, 2023** at **3:30 p.m.** Members of the public and the press may attend the status conference by dialing the Audio-only line, 1-646-453-4442, once prompted, should dial phone conference ID: 175424548#.

SO ORDERED.

Dated:    New York, New York
            October 11, 2023

*/s/ Andrew L. Carter, Jr.*
**ANDREW L. CARTER, JR.**
**United States District Judge**