```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
                                          ELECTRONICALLY FILED
------------------------------------------x  DOC#: _____
UNITED STATES OF AMERICA,                 :  DATE FILED: 5-2-24
                                          :
                                          :
          - v. -                          :  21-CR-49 (ALC)
                                          :
                                          :
TERRENCE CHALK,                           :  ORDER
                                          :
                    Defendant.            :
                                          :
------------------------------------------x
```

ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **May 7, 2024** at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
          May 2, 2024

*[signature]*
**ANDREW L. CARTER, JR.**
**United States District Judge**