| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 6-13-24 |

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

  - v. -                                          21-CR-0049 (ALC)

**ORDER**

TERRENCE CHALK,

                               **Defendant.**

------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

    The Final Pre-Trial Status Conference set for June 18, 2024, is CANCELED.

**SO ORDERED.**

Dated:    New York, New York
              June 13, 2024

                                                _____
                                                ANDREW L. CARTER, JR.
                                                United States District Judge