**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/5/24__

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

August 28, 2024

Hon. Andrew L. Carter Jr.
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Terrence Chalk, Ind. #: 21 Cr. 049 (ALC)

Dear Judge Carter:

     I write without objection of the government, by AUSA Hobson, to request a 90 day extension of my client's date for sentence from its current date of September 12, 2024. The reason for this request is that since the date of the disclosure of the initial PSR in late July, my client has been responding to multiple substantive requests from US Probation seeking supplemental financial and personal from my client and his spouse, and detailed information of the status and history of the Greenlight family of companies in which my client has a proprietary interest. It is believed that such supplemental responses will materially alter the PSR when it is updated in the final version of the report. In addition, my office has been gathering and processing substantial documentation, social history data, and other information in preparation for the defense sentencing submission, and that work remains ongoing at this time.

     Mr. Chalk remains at liberty on bail and in compliance with his conditions. For these reasons, it is respectfully requested that Mr. Chalk's date for sentence be extended to a date convenient to the Court on or after December 12, 2024.

     Thank you very much for your consideration of this matter.

The application is **GRANTED**. The sentencing is adjourned to 12/17/24 at 2:00 p.m.
So Ordered.

*[signature: Andrew L. Carter]*
9/5/24

Respectfully,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc