**MEMO ENDORSED**

**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 571-5500
Jeremy Schneider
Robert A. Soloway
David Stern
Rachel Perillo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/2/24__

November 27, 2024

BY ECF

Hon. Andrew L. Carter Jr.
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

　　　　　Re: United States v. Terrence Chalk, Ind. #: 21 Cr. 049 (ALC)

Dear Judge Carter:

　　　On the evening of November 25, United States Probation disclosed its final pre-sentence report, including sentencing recommendation. The sentencing investigation of the defense is not complete at this time, including with respect to several new positions and averments of Probation which will be addressed in the defense sentencing presentation. I have discussed these matters with AUSA Adam Hobson, and without objection by the government, I write to respectfully request that the date for sentence in this matter be extended to February 13, 2025, should that be a date convenient for the Court.

　　　Mr. Chalk continues to reside at liberty in the community and in compliance with his conditions. For these reasons, it is respectfully requested that Mr. Chalk's date for sentence be extended to February 13, 2025, or a date thereafter convenient to the Court.

　　　Thank you very much for your consideration of this matter.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Robert A. Soloway*

　　　　　　　　　　　　　　　　　　　　　　　　　　　Robert A. Soloway

The application is **GRANTED.** The sentencing is adjourned to 2/25/25 at 2:00 p.m.
So Ordered.　*Andrew L. Carter*　12/2/24