```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC#: _____
                                                    DATE FILED: 1-30-25
```

------------------------------------------------------------------x

UNITED STATES OF AMERICA,

- v. -                                             21-CR-00049(ALC)

**ORDER**

TERRENCE CHALK,

               Defendant.

------------------------------------------------------------------x

ANDREW L. CARTER, JR., District Judge:

    The Sentencing set for February 25, 2025, at 2:00 p.m., is adjourned to **3:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            January 30, 2025

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**