```
                                                            USDC SDNY
                                                            DOCUMENT
                                                            ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                               DATE FILED: 2-12-25
```

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

- v. -                                              21-CR-00049(ALC)

                                                    <u>ORDER</u>

TERRENCE CHALK,

                  Defendant.

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Sentencing set for February 25, 2025 is adjourned to **April 8, 2025**, at **2:00 p.m.** Defense submission due March 25, 2025. Government's submission is due April 1, 2025. The parties shall file a joint status report on February 27, 2025.

**SO ORDERED.**

Dated:    **New York, New York**
              **February 12, 2025**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**