USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/8/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                    **Plaintiff,**

   -against-

**TERRENCE CHALK,**

                   **Defendant.**

------------------------------------------------------------------- x

**21-CR-49 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Sentencing Hearing scheduled for April 8, 2025, is adjourned to **May 29, 2025,** at **2:00 p.m.**

**SO ORDERED.**

**Dated:**     **New York, New York**
           **April 8, 2025**

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**