**MEMO ENDORSED**

## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway  Fax: (212) 571-5507
David Stern  Tel: (212) 571-5500

September 26, 2025

BY ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/9/25

Honorable Andrew L. Carter
United States District Court
40 Foley Square
New York, New York 10007

Re: United States v. Terrence Chalk
21 Cr. 049 (ALC)

Dear Judge Carter:

    I write requesting permission to submit billing for necessary post-sentencing legal services in this matter, including time spent representing Mr. Chalk in connection with (i) restitution issues deferred upon agreement of the parties at the time of sentence; (ii) pre-designation communications with BOP officials regarding my client's medical needs and condition, including securing, reviewing, and providing corroborative medical documents upon BOP request; and (iii) moving for extension of surrender before this Honorable Court to permit my client to seek to obtain a specific medical treatment through his local care facility.

    These were services deemed necessary and proper to my client's individualized case needs for which it is respectfully requested this writer be authorized to bill pursuant to the Criminal Justice Act. Should the Court have any questions regarding this matter, it is asked that the undersigned be notified. Thank you for your attention.

Respectfully,

*Robert A. Soloway*
Robert A. Soloway

RAS:sc

The application is **GRANTED**.
So Ordered.

*[signature: Andrew L. Carter]*
10/9/25