AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Terrence Chalk<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.   21 CR 49 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Terrence Chalk_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☑ Order of the Court

This offense is briefly described as follows:
 Failure to Self-Surrender

Date:     09/09/2025_____                _____*Andrew T. Carter*_____
                                                                                 *Issuing officer's signature*

City and state:     New York, NY_____                Honorable Andrew L Carter_____
                                                                                 *Printed name and title*

---

### Return

This warrant was received on *(date)*   9/9/25_____ , and the person was arrested on *(date)*   9/15/25_____
at *(city and state)*   Orlando, FL_____ .

Date:   9/15/25_____                                _____*[signature]*_____
                                                                                 *Arresting officer's signature*

                                                                                 J. Hernandez JEO
                                                                                 *Printed name and title*